STATE of Missouri, Respondent,

v.

Merl Arness JACOBS, Appellant.

No. WD 37798.

Missouri Court of Appeals,
Western District.

Sept. 16, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 1986.

Application to Transfer Denied
Dec. 16, 1986.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from conviction of stealing property with a value of at least $150, § 570.-030 RSMo Supp.1985, and sentence of three years' imprisonment.

Affirmed. Rule 30.25(b).

---

Jerry L. JONES, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37962.

Missouri Court of Appeals,
Western District.

Sept. 16, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 1986.

Application to Transfer Denied
Dec. 16, 1986.

Sean O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Affirmed. Rule 84.16(b).